# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lance Goodin, et al,<br><br>                Plaintiff(s),<br><br>vs.<br><br>John Laporte, et al.,<br><br>                Defendant(s). | **2:24-cv-02156-MDC**<br><br>**ORDER** |

On November 26, 2024, the Court entered an Order (ECF No. 6) vacating its November 26, 2024, Report and Recommendation. However, after entry of that Order, the Court noted the absence of defendants' consent under 28 U.S.C. § 636(c)(1). Therefore, the Court reinstates its previous Report and Recommendation at ECF No. 5 and vacates its Order at ECF No. 6. For clarity to plaintiff and for the record, the Court's Report and Recommendation at ECF No. 5 is the operative ruling.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The Court's previous Order (ECF No. 6) is VACATED.

2. The Report and Recommendation (ECF No. 5) is REINSTATED.

3. The Clerk of Court is kindly directed to assign the Report and Recommendation (ECF No. 5) to a random district judge.

DATED this 5th day of December 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge